# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

|  |  |
|---|---|
| Preston Wallace Turbeville<br>Marissa Martorelli,<br><br>        Plaintiffs,<br><br>    vs.<br><br>RPM Living, LLC,<br>Gateway Communities of Myrtle Beach, LLC,<br>    *d/b/a The Willows at Grande Dunes,*<br>First Advantage Background Services Corp.,<br>Jenny Suggs, *(individually and in her official<br>capacity)*<br>Jennifer Battenfeld, *(individually and in her<br>official capacity)*<br>Andrew O.H. Gardner, *(in his official<br>capacity as Broker-in-Charge)*<br><br>        Defendants. | C/A: 4:25-cv-12579-JD-TER<br><br>PLAINTIFFS' COMPREHENSIVE<br><br>OMNIBUS RESPONSE NOTICE IN<br><br>OPPOSITION TO DEFENDANTS'<br><br>MOTIONS TO DISMISS |

MAY 26 '26 PM3:32
RCV'D - USDC FLO SC

NOW COME the Plaintiffs, Preston Wallace Turbeville and Marissa Martorelli, proceeding pro se, and respectfully submit this Comprehensive Omnibus Response Notice in Opposition to Defendants' Motions to Dismiss (ECF Nos. 87, 91, 92).

Plaintiffs hereby give notice to this Honorable Court and to all appearing Defendants that their formal response to the pending Motions to Dismiss is fully set forth within the text of the proposed **Second Amended Complaint**. The proposed Second Amended Complaint has been filed concurrently on the public docket as an operative attachment

to the Plaintiffs' pending **Motion for Leave to File Second Amended Complaint**. This pleading fully incorporates, addresses, and cures any and all alleged shortfalls, pleading gaps, or rule deficiencies asserted by each subset of the Defendants in their respective motions to dismiss.

To preserve judicial efficiency, prevent redundant filings, and streamline the record within this action, Plaintiffs respectfully request that the Court reference the extensive factual disclosures, clear multi-jurisdictional notices, and mandatory federal statutory authorities detailed directly inside the text of the proposed Second Amended Complaint. Plaintiffs request that the Court explicitly cross-reference these integrations to deny each subset of the Defendants' motions to dismiss as completely moot upon the formal granting of leave to amend.

Dated: _May 26, 2026_

Respectfully submitted,

Preston Wallace Turbeville, Plaintiff, Pro Se

173 Gadwall Way, Unit 3400

Murrells Inlet, SC 29576

(843) 450-0421 I pwallace92@yahoo.com

Marissa Martorelli, Plaintiff, Pro Se

173 Gadwall Way, Unit 3400

Murrells Inlet, SC 29576

marissamartorelli@icloud.com