# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

Preston Wallace Turbeville
Marissa Martorelli,

       Plaintiffs,

  vs.

RPM Living, LLC,
Gateway Communities of Myrtle Beach, LLC,
  *d/b/a The Willows at Grande Dunes,*
First Advantage Background Services Corp.,
Jenny Suggs, *(individually and in her official capacity)*
Jennifer Battenfeld, *(individually and in her official capacity)*
Andrew O.H. Gardner, *(in his official capacity as Broker-in-Charge)*

      Defendants.

C/A: 4:25-cv-12579-JD-TER

MAY 26 '26 PM3:40
RCV'D - USDC FLO SC

**PLAINTIFFS' MOTION FOR IN CAMERA REVIEW, OR IN THE ALTERNATIVE, TO DEFER DISCOVERY OF MEDICAL RECORDS AS PREMATURE**

NOW COME the Plaintiffs, Preston Wallace Turbeville and Marissa Martorelli, proceeding pro se, and respectfully move this Honorable Court to conduct an *in camera* inspection of their highly sensitive, clinically verified psychiatric charts and Social Security Administration disability files, or in the alternative, to deny or defer the disclosure of medical files as premature and moot because the claims survive a motion to dismiss on their face.

1.  Inside their pending Motions to Dismiss, the property management Defendants rely heavily on ***Thomas v. The Salvation Army Southern Territory*** to argue that the Fair Housing Act failure-to-accommodate claims must be summarily dismissed because the face of the public complaint does not spell out the precise, clinical psychiatric diagnoses or private clinical records of Plaintiff Martorelli.

2.  Plaintiffs' concurrently submitted **Second Amended Complaint** directly meets and overcomes this hurdle. Plaintiffs have fully satisfied Rule 8 pleading metrics by clearly alleging that Plaintiff Martorelli possesses a comprehensive, clinically verified chronic mental health impairment that substantially limits major life activities (including cognitive executive processing and neurological regulation), establishing a robust claim on its face. Because these claims survive a motion to dismiss on their face without public record intrusion, this Court can cleanly deny or defer any forced medical discovery or sealing maneuvers at this stage of the pleadings as completely premature and moot.

3.  In the alternative, should this Honorable Court determine that additional validation of the statutory disability-nexus is necessary prior to active trial phases, Plaintiffs request an *in camera* review or conditional protective order under Federal Rule of Civil Procedure **26(c)**. Broadcasting raw psychiatric files, treatment histories, or clinical charts onto an unredacted public electronic network (PACER) would inflict extreme embarrassment, public stigmatization, and severe privacy intrusion, resulting in a compounding civil rights injury-in-fact.

4. Plaintiffs have already acted in complete, transparent good faith by directly serving unredacted copies of these highly private diagnostic files upon the opposing defense network as part of their formal Initial Disclosures. Accordingly, the defense counsel already possesses these records and cannot claim prejudice or surprise. This Motion is brought strictly to manage the mechanics of the public record and protect sensitive medical histories from being exposed to the general public.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order determining that the claims survive the Rule **12(b)(6)** threshold on their face, thereby rendering any forced clinical medical disclosures premature and moot; or, in the alternative, order the transmission of the underlying psychiatric data and Social Security files directly to the Judge's chambers for private *in camera* evaluation.

Dated: _May 26_____, 2026

Respectfully submitted,

Preston Wallace Turbeville, Plaintiff, Pro Se 173 Gadwall Way, Unit 3400 Murrells Inlet, SC 29576 (843) 450-0421 | pwallace92@yahoo.com

Marissa Martorelli, Plaintiff, Pro Se 173 Gadwall Way, Unit 3400 Murrells Inlet, SC 29576

Marissa.Martorelli@icloud.com

-----------------------------------------------------------------------------