## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | | |
|---|---|---|
| PRESTON WALLACE TURBEVILLE | ) | |
| and | ) | |
| MARISSA MARTORELLI, | ) | CIVIL ACTION NO.: 4:25-cv-12579- |
| | ) | JD-TER |
| Plaintiffs, | ) | |
| vs. | ) | |
| RPM LIVING, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

MAY 26 '26 PM3:40
RCV'D - USDC FLO SC

### PLAINTIFFS' NOTICE OF POSSESSION AND
### AVAILABILITY OF ORIGINAL DIGITAL AUDIO EVIDENCE

NOW COME the Plaintiffs, Preston Wallace Turbeville and Marissa Martorelli, proceeding pro se, and respectfully submit this formal Notice to this Honorable Court, to all appearing Defendants, and to their respective counsel of record:

1. **Authentication of Pleading Transcripts:** Inside Plaintiffs' Second Amended Complaint and accompanying operational Exhibit H (Timeline of Core Events), Plaintiffs have embedded complete, unedited, verbatim textual transcripts of recorded telephonic voicemails left directly by Defendant Jenny Suggs (acting within her capacity as Community Manager for the subject property) on May 17, 2025 at 5:01 PM and May 19, 2025 during morning operating hours.

2. **Possession of Native Electronic Media:** Plaintiffs hereby place the Court and the defense network on formal notice that Plaintiffs possess the native, unaltered, and completely original electronic digital audio recordings (.wav / .mp3 format) corresponding to each transcript displayed on the face of the record. These files have

been fully preserved, verified, and time-stamped, and their underlying data metadata completely establishes the identity of the speaker and the content of the transmissions.

3.   **Availability for Manual USB Submission:** Because standard federal electronic filing protocols restrict the native online upload of raw audio media files, and because pro se litigants do not possess direct backend access to the CM/ECF network platform, Plaintiffs maintain these electronic records safely within their active litigation storage. Plaintiffs stand ready to immediately submit these native, digital audio recordings in person via a physical USB flash drive or encrypted storage drive directly to the Clerk of Court, or for in camera evaluation by Judge's Chambers, under any specialized filing directives or physical storage mechanics ordered by this Court.

Plaintiffs submit this Notice in absolute good faith to solidify the structural authenticity of the evidentiary record and to ensure complete transparency throughout the pending adjudication of this action.

Dated: ___May 26___, 2026     Respectfully submitted,

_____
Preston Wallace Turbeville, Plaintiff, Pro Se
173 Gadwall Way, Unit 3400
Murrells Inlet, SC 29576
(843) 450-0421 | pwallace92@yahoo.com

_____
Marissa Martorelli, Plaintiff, Pro Se
173 Gadwall Way, Unit 3400
Murrells Inlet, SC 29576
marissamartorelli@icloud.com