IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

PRESTON WALLACE TURBEVILLE
and
MARISSA MARTORELLI,

Plaintiffs,

vs.

RPM LIVING, LLC, et al.,

Defendants.

CIVIL ACTION NO.: 4:25-cv-12579-JD-TER

MAY 26 '26 PM3:41
RCV'D - USDC FLO SC

**PLAINTIFFS' NOTICE OF DISCOVERY CONTINUITY AND INTENT TO PROCEED**

NOW COME the Plaintiffs, Preston Wallace Turbeville and Marissa Martorelli, proceeding pro se, and hereby submit this formal Notice to the Court, to all named Defendants, and to their respective counsel of record:

1. The filing of Plaintiffs' Second Amended Complaint does not alter, disrupt, or reset the active discovery track in this action. The core operational theories of liability remain completely unchanged, and the foundational elements of the lawsuit are identical to the previous iteration of the operative complaint.

2. This amended pleading does not change, broaden, or render obsolete the active discovery plan or any discovery requests that have already been formally served upon the defense. The interrogatories, requests for production, and admission requests currently pending response from the Defendants target the exact same operational actors and transaction records.

Page 1

3. This Notice is submitted strictly as a proactive administrative measure to clarify the record and protect the Plaintiffs' active discovery rights. Because the outstanding discovery targets the same core facts and transactions outlined in the original complaint, there is no conflict with the current discovery schedule.

Dated: _Mau_____, 2026

Respectfully submitted,

_____

Preston Wallace Turbeville, Plaintiff, Pro Se
173 Gadwall Way, Unit 3400
Murrells Inlet, SC 29576
(843) 450-0421 | pwallace92@yahoo.com

_____

Marissa Martorelli, Plaintiff, Pro Se
173 Gadwall Way, Unit 3400
Murrells Inlet, SC 29576
marissamartorelli@icloud.com