# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

Preston Wallace Turbeville
Marissa Martorelli,

      Plaintiffs,

  vs.

RPM Living, LLC,
Gateway Communities of Myrtle Beach, LLC,
   *d/b/a The Willows at Grande Dunes,*
First Advantage Background Services Corp.,
Jenny Suggs, *(individually and in her official capacity)*
Jennifer Battenfeld, *(individually and in her official capacity)*
Andrew O.H. Gardner, *(in his official capacity as Broker-in-Charge)*

      Defendants.

C/A: 4:25-cv-12579-JD-TER

MAY 26 '26 PM3:41
RCV'D - USDC FLO SC

## PLAINTIFFS' CONSOLIDATED CERTIFICATE OF SERVICE

### I. DOCUMENTS ELECTRONICALLY FILED WITH THE CLERK OF COURT

I hereby certify that on this _26th_ day of _May_, 2026, a true

and correct copy of the foregoing filings and accompanying evidentiary attachments

was electronically filed with the Clerk of Court using the CM/ECF system, which will

automatically generate electronic notification to all counsel of record registered as active

filing users in this action.

The specific document items and corresponding exhibits served via the Clerk of Court inlcude;

**- Plaintiffs' Motion for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2);**

**Exhibit A:** Plaintiffs' Proposed Second Amended Complaint;

**Exhibit B:** The Unilateral Housing Denial Financial Instrument: Refund Check No. 546 (Uncashed);

**Exhibit C:** Horry County Summary Court Landlord Affidavit of Recent Record for Jenny Suggs (Case No. 2025CV261092140);

**Exhibit D:** Supplemental Federal Civil Rights Authority: U.S. Department of Housing and Urban Development (HUD) Tenant Screening Enforcement Blueprint;

**Exhibit E:** Nationwide License Disclosure Register: Reckless Employment Architecture Admissions for RPM Living, LLC;

**Exhibit F:** Online Leasing Portal Transaction Balance Invoice: The Willows at Grande Dunes (Confirmation Number 620544114); and

**Exhibit G:** FOX 4 News Nationwide Litigation Press Disclosure: The Fort Worth Six-Alarm Apartment Fire Negligence Record.

**Exhibit H:** Timeline of Events

**- Plaintiffs' Motion for In Camera Review, or in the Alternative, to Defer Discovery of Medical Records as Premature;**

- **Plaintiffs' Comprehensive Omnibus Response Notice in Opposition to Defendants' Motions to Dismiss;**

- **Plaintiffs' Certificate of Discovery Continuity;**

- **Notice of Possession and Availability of Original Digital Audio Evidence;**

## SUPPLEMENTAL EVIDENCE SERVED DIRECTLY VIA ELECTRONIC MAIL

I further certify that a true and correct copy of the underlying supplemental evidentiary and administrative service transmission package, which is *not* hosted publicly on the CM/ECF electronic court docket, has been served directly upon all counsel of record via electronic mail (e-mail) on this _24th_ day of __May__, 2026, addressed to the respective legal counsel listed below.

The specific digital files compiled, transmitted, and directly served via this supplemental e-mail infrastructure consist of the following non-docketed items:

1. Native Digital Audio Recording Files:

- Exhibit_F60_Audio_File_Jenny_Voicemail_1.m4a

- Exhibit_F70_Audio_File_Jenny_Voicemail_2.m4a

- Exhibit_F80_Audio_File_Jenny_Voicemail_3.m4a

2. Protected Medical Verification Document:

- Password-Protected Official Social Security Administration (SSA) Disability Documentation (stamped and designated as strictly CONFIDENTIAL). *(Note: The security password required to open these protected files was transmitted concurrently via a separate, subsequent electronic mail notification).*

**Direct E-Mail Service Recipients & Counsel of Record Address Registry:**

- **To Counsel for First Advantage Background Services Corp.:** Adam N. Yount, Esq. (ayount@hsblawfirm.com)

    E. Elliot Condon, Esq. (econdon@hsblawfirm.com)

    Haynsworth Sinkler Boyd, P.A.

    Esther Slater McDonald, Esq. (emcdonald@seyfarth.com)

    Frederick T. Smith, Esq. (fsmith@seyfarth.com)

    Seyfarth Shaw LLP

- **To Counsel for RPM Living, LLC, Jenny Suggs, Jennifer Battenfeld, and Andrew O.H. Gardner:** D. Randle Moody, II, Esq. (Randy.Moody@jacksonlewis.com)

    G. Bryce Goodwyn, Esq. (Bryce.Goodwyn@jacksonlewis.com)

    Jackson Lewis P.C.

- **To Counsel for Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes:** Meagan L. Allen, Esq. (mlallen@fisherphillips.com)

    Fisher & Phillips LLP

Dated: _____*May 26*_____, 2026

Respectfully submitted,

Preston Wallace Turbeville, Plaintiff, Pro Se

173 Gadwall Way, Unit 3400

Murrells Inlet, SC 29576

(843) 450-0421 I pwallace92@yahoo.com

Marissa Martorelli, Plaintiff, Pro Se

173 Gadwall Way, Unit 3400

Murrells Inlet, SC 29576

marissamartorelli@icloud.com