IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| PRESTON WALLACE TURBEVILLE and MARISSA MARTORELLI,<br><br>Plaintiffs,<br><br>v.<br><br>RPM LIVING, LLC; GATEWAY COMMUNITIES OF MYRTLE BEACH, LLC d/b/a THE WILLOWS AT GRANDE DUNES; FIRST ADVANTAGE BACKGROUND SERVICES CORP.; JENNY SUGGS (individually and in her official capacity); JENNIFER BATTENFELD (individually and in her official capacity); and ANDREW O.H. GARDNER (Broker-in-Charge for RPM Living,<br><br>Defendants. | Case No. 4:25-cv-12579-JD-TER<br><br>**DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by its attorneys and pursuant to Rule 6(b) Federal Rules of Civil Procedure and D.S.C. Local Rule 6.01, respectfully submits this Motion for an Extension of Time to Respond to Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 98 ("Plaintiffs' Second Motion for Leave")). As grounds for this motion, First Advantage states as follows:

1. Plaintiffs filed this action on September 16, 2025. (ECF No. 1.)

2. On December 1, 2025, Plaintiffs filed a Motion for Leave to File a First Amended Complaint. (ECF No. 30 ("Plaintiffs' First Motion for Leave").)

3. On December 18, 2025, Plaintiffs attempted to serve written discovery requests on First Advantage.

4.    On May 5, 2026, the Court granted Plaintiffs' First Motion for Leave and further ordered that "Defendants' responses to Plaintiffs' discovery requests, to the extent that have been served on Defendants, [were] due within 30 days of the date of [the] Order"—*i.e.*, by June 4, 2026.  (ECF No. 82.)

5.    On May 19, 2026, First Advantage filed a Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  (ECF No. 87.)  That same day, all other Defendants moved to dismiss Plaintiffs' First Amended Complaint.  (ECF Nos. 91 and 92.)

6.    Although Plaintiffs' responses to Defendants' motions to dismiss were not due until June 22, 2026 (*see* ECF Nos. 89 and 93), Plaintiffs filed a "Comprehensive Omnibus Response Notice in Opposition to Defendants' Motions to Dismiss" on May 26, 2026.  (ECF No. 97.)  In that response, Plaintiffs claimed that "their formal response to the pending Motions to Dismiss [was] fully set forth within the text of [their] proposed Second Amended Complaint." (*Id.*)  Plaintiffs' attached their proposed Second Amended Complaint to their Second Motion for Leave, which Plaintiffs also filed on May 26, 2026. (ECF No. 98.)

7.    On June 4, 2026, First Advantage timely served its objections and responses to Plaintiffs' written discovery requests.

8.    Defendants' response to Plaintiffs' Second Motion for Leave currently must be filed by June 9, 2026.  First Advantage needs additional time to prepare its response in light of several new allegations and new claims asserted against First Advantage in Plaintiffs' proposed Second Amended Complaint.

9.    Accordingly, First Advantage seeks a twenty-one day extension, through and including June 30, 2026, to file a consolidated response to Plaintiff's Second Motion for Leave

and reply in support of First Advantage's Motion to Dismiss Plaintiffs' First Amended Complaint.

10.     Counsel for First Advantage attempted to confer with Plaintiffs about this requested extension of time.  Plaintiffs would only agree to an extension, however, if First Advantage first agreed to a litany of unreasonable discovery demands, including several demands regarding First Advantage's objections and responses to Plaintiffs' written discovery requests.

WHEREFORE, First Advantage respectfully requests that the Court grant this motion and extend First Advantage's deadline to respond to Plaintiffs' Second Motion for Leave.  A proposed Order is attached to this motion.

Respectfully submitted,

FIRST ADVANTAGE BACKGROUND SERVICES CORP.


By:  *s/ Elliot Condon*
    HAYNSWORTH SINKLER BOYD, P.A.
    Adam N. Yount
    Fed. ID No. 10313
    E. Elliot Condon
    Fed. ID No. 13102
    Carlisle B. Allen
    Fed. ID No. 14288
    134 Meeting Street, Third Floor (29401)
    P.O. Box 340
    Charleston, SC 29402-0340
    T - 843.722.3366
    ayount@hsblawfirm.com
    econdon@hsblawfirm.com
    callen@hsblawfirm.com

Attorneys for Defendant First Advantage Background Services Corp.

Date:  June 8, 2026

## **CERTIFICATE OF SERVICE**

I certify that on June 8, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice of such filing to all counsel of record.  I further certify that the foregoing was mailed by the United States Postal Service to Plaintiffs at the address listed below:

Preston Wallace Turbeville
Marissa Marorelli
173 Gadwall Way, Unit 3400
Murrells Inlet, South Carolina 29576


*s/ Elliot Condon*