**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) |
| | ) |
| Plaintiffs, | ) C.A. No.: 4:25-cv-12579-JD-TER |
| | ) |
| V. | ) |
| | ) |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendants RPM Living, LLC ("RPM"), Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), and Andrew O.H. Gardner (Broker-in-Charge for RPM Living) (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure, Local Civ. Rule 7.06, and other applicable law, respectfully submit this Response in Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 98). In support thereof, counsel states the following:

1.      This action has been active in this Court for approximately nine months.

2.      On May 5, 2026, the Court entered a text order to address numerous motions filed by all parties (ECF No. 82), which established Plaintiffs' First Amended Complaint (ECF No. 83) as the operative pleading in this case.

3.      On May 19, 2026, Defendants filed a motion to dismiss Plaintiffs' Amended Complaint (ECF No. 91), along with a supporting memorandum that included legal arguments advocating for dismissal of all Plaintiffs' claims asserted against Defendants with prejudice (ECF No. 91-1).

4.      On May 26, 2026, Plaintiffs filed a Response in Opposition to Defendants' Motion to Dismiss (ECF No. 97) that failed to make a substantive rebuttal of any argument raised by Defendants in their supporting memorandum.

5.      Instead, Plaintiffs' Response merely refers the Court to their Proposed Second Amended Complaint (ECF No. 98-1) as an attachment to their Motion for Leave to File A Second Amended Complaint (ECF No. 98). This Motion is Plaintiffs' third attempt to amend their Complaint since the institution of this action.

6.      A motion to amend a complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure is addressed to the sound discretion of the district court, and the denial of such a motion is not reviewable on appeal absent a showing of abuse of discretion. *See HealthSouth Rehab. Hosp. v. Am. Nat'l Red Cross*, 101 F.3d 1005, 1010 (4th Cir. 1996); *Davis v. Piper Aircraft Corp*., 615 F.2d 606, 612-13 (4th Cir. 1980).

7.      While leave to amend is freely given, leave to amend should be given only in the absence of "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of the amendment." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

8.      Plaintiffs' proposed Second Amended Complaint is futile because it does not cure the core pleading deficiencies from the First Amended Complaint that were raised in Defendants'

Motion to Dismiss and supporting memorandum of law.

9.      Although Plaintiffs add over twenty-five pages of allegations to their proposed Second Amended Complaint, the proposed amendment largely consists of conclusory assertions, narrative descriptions of facts unrelated to the allegations at issue in this case, and allegations concerning unrelated lawsuits and public records, rather than additional facts that establish the elements of their asserted claims.

10.     Accordingly, because Plaintiffs' proposed Second Amended Complaint would still be subject to dismissal under Rule 12(b)(6) for failing to plead allegations supporting a plausible claim for relief on all claims, leave to amend should be denied as futile, as the purported amendment does not correct the deficiencies of the First Amended Complaint as a matter of law. Thus, Defendants respectfully request that the Court deny Plaintiffs' Motion for Leave to File Second Amended Complaint.

Respectfully submitted, this 9th day of June, 2026.

By: /s/ *D. Randle Moody, II*
D. Randle Moody, II (Fed. ID No. 7169)
G. Bryce Goodwyn (Fed. ID No. 14633)
**JACKSON LEWIS P.C.**
15 South Main Street, Suite 700
Greenville, SC 29601
Telephone: (864) 232-7000
Email: Randy.moody@jacksonlewis.com
Email: Bryce.goodwyn@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS RPM LIVING, LLC, JENNY SUGGS, JENNIFER BATTENFELD, AND ANDREW O.H. GARDNER*

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No.: 4:25-cv-12579-JD-TER |
| | ) | |
| V. | ) | |
| | ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, a true and accurate copy of the foregoing

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE**

**TO FILE SECOND AMENDED COMPLAINT** was served on *pro se* Plaintiffs via email and

U.S. Mail as follows:

Preston Wallace Turbeville
Marissa Martorelli
173 Gadwall Way, Unit 3400
Murrells Inlet, SC  29576
pwallace92@yahoo.com
marissamartorelli@icloud.com

[SIGNATURE BLOCK ON NEXT PAGE]

s/ *D. Randle Moody, II*
Randle Moody, II (Fed I.D. No. 7169)
Randy.moody@jacksonlewis.com
G. Bryce Goodwyn (Fed. I.D. No. 14633)
Bryce.goodwyn@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-1381

*ATTORNEYS FOR DEFENDANTS RPM LIVING, LLC, JENNIFER BATTENFELD, JENNY SUGGS, AND O.H. GARDNER*

5