**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No.: 4:25-cv-12579-JD-TER |
| V. | ) ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## RULE 26(F) REPORT

Defendants RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), and Andrew O.H. Gardner (Broker-in-Charge for RPM Living) (collectively, "the Parties") hereby file their Rule 26(f) Report. Defendants hereby report as follows:

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed **May 05, 2026** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed **May 05, 2026** requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We are unable, after consultation, to agree on a schedule for this case with Plaintiffs. Defendants, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

s/ *D. Randle Moody, II*

D. Randle Moody, II (Fed. I.D. No. 7169)
Email:  Randy.Moody@jacksonlewis.com
G. Bryce Goodwyn (Fed. I.D. No. 14633)
Email:  Bryce.Goodwyn@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Telephone: (864) 232-7000
Facsimile:  (854) 235-1381

**ATTORNEYS FOR DEFENDANTS
RPM LIVING, LLC, JENNY SUGGS,
JENNIFER BATTENFELD, AND
ANDREW O.H. GARDNER**

*s/ Meagan L. Allen*

Meagan L. Allen (SC Bar No. 13194)
Email: mlallen@fisherphillips.com
FISHER PHILLIPS LLP
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774

**ATTORNEY FOR GATEWAY
COMMUNITIES OF MYRTLE BEACH,
LLC d/b/a THE WILLOWS AT GRANDE
DUNES**

*s/ Adam N. Yount*

HAYNSWORTH SINKLER BOYD, P.A.
Adam N. Yount (Fed. I.D. No. 10313
E. Elliot Condon (Fed. I.D. No. 13102
Carlisle B. Allen (Fed. I.D. No. 14288
134 Meeting Street, Third Floor (29401)
P.O. Box 340
Charleston, SC 29402-0340
Telephone: (843) 722-3366

2

Esther Slater McDonald (GA Bar 649005)*
emcdonald@seyfarth.com
Frederick T Smith (GA Bar 657575)*
fsmith@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500

*Admitted pro hac vice

**ATTORNEYS FOR DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP**

This 9th day of June, 2026.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No.: 4:25-cv-12579-JD-TER |
| V. | ) ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, a true and accurate copy of the foregoing

**DEFENDANTS' RULE 26(f) REPORT** was served on *pro se* Plaintiffs via email and U.S. Mail

as follows:

Preston Wallace Turbeville
Marissa Martorelli
173 Gadwall Way, Unit 3400
Murrells Inlet, SC  29576
pwallace92@yahoo.com
marissamartorelli@icloud.com

[SIGNATURE BLOCK ON NEXT PAGE]

/s/ *D. Randle Moody, II*
Randle Moody, II (Fed I.D. No. 7169)
Randy.moody@jacksonlewis.com
G. Bryce Goodwyn (Fed. I.D. No. 14633)
Bryce.goodwyn@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-1381

*ATTORNEYS FOR DEFENDANTS RPM LIVING,
LLC, JENNIFER BATTENFELD, JENNY SUGGS,
AND O.H. GARDNER*

5