IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No.: 4:25-cv-12579-JD-TER |
| v. | ) ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

## DEFENDANTS' RULE 26(f) DISCOVERY PLAN

Pursuant to Rule 26(f), Fed. R. Civ. P., and Local Rule 26.03, Defendants RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), and Andrew O.H. Gardner (Broker-in-Charge for RPM Living), hereby submit their proposed discovery plan in conjunction with the Rule 26(f) Report:

**(A)**    **What changes should be made in the timing, form or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under subdivision (a)(1) were made or will be made.**

**RESPONSE**:    Originally, Plaintiffs made initial disclosures under Rule 26(a)(1) on November 25, 2025. Defendants made initial disclosures under Rule 26(a)(1) on December 23 and 24, 2025. Plaintiffs also made disclosures under Rule 26(a)(1) on May 17, 2026.

**(B)    The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.**

**RESPONSE**:  The subjects on which discovery may be needed include Plaintiffs' claims and Defendants' defenses and all issues related thereto.  Defendants are unaware of any need to conduct discovery in phases.  Currently, Defendant Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes is in the process of transitioning counsel, and it will be filing a Motion to Withdraw/Substitute Counsel in the coming days. Because this process remains ongoing and substitute counsel will need time to notice their appearance and otherwise onboard the case, it is anticipated that an additional ninety days will be needed for discovery and other deadlines in this matter. Additionally, in light of the current pendency of Defendants' motions to dismiss (ECF Nos. 87, 91-92) and Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 98), Defendants respectfully request a stay of any further discovery until this Court rules on the currently pending motions to dismiss or any motions to dismiss any amended complaint. "[A] complaint 'guides the parties' discovery, putting the defendant on notice of the evidence it needs to adduce in order to defend against the plaintiff's allegations.'"  *Harris v. Reston Hosp. Ctr., LLC*, 523 F. App'x 938, 946 (4th Cir. 2013) (quoting *Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1292 (9th Cir.2000)).  Accordingly, Defendants propose that the extended discovery period shall resume upon the Court's ruling on the pending motions to dismiss or any motions to dismiss any amended complaint.

**(C)     Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.**

**RESPONSE**:  At this time, Defendants do not anticipate any issues with disclosure or discovery of electronically stored information ("ESI") including the form or forms in which it should be produced.

**(D)     Any issues about claims of privilege or of protection as trial-preparation materials, including – if The Parties agree on a procedure to assert these claims after production – whether to ask the court to include their agreement in an order;**

**RESPONSE**:  At this time, Defendants do not anticipate any issues regarding claims of privilege or the protection of trial preparation materials.  Defendants agree that the production of privileged or work-product protected documents, ESI, or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or any other federal or state proceeding. In furtherance of this agreement, Defendants have moved for the entry of a protective order pursuant to Rule 502(d) of the Federal Rules of Evidence.

**(E)     What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and**

**RESPONSE**: Defendants propose that discovery should be allowed to the extent permitted under Rule 26 of the Federal Rules of Civil Procedure, as amended.

**(F)     Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

**RESPONSE**:  Defendants do not believe that any orders are necessary under Rule 16(c) at this time, but do not waive the right to request a Pre-Trial Conference in the future. On May 5, 2026, the Court issued a protective order pursuant to Rule 26(c) prior to the exchange of certain information during the discovery process. Defendants have also agreed to enter into a Rule 502(d) order to protect the inadvertent waiver of privileged material. Defendants have submitted the proposed order pursuant to the Court's guidelines.

Respectfully submitted this 9th day of June 2026.

s/ *D. Randle Moody, II*
D. Randle Moody, II (Fed. I.D. No. 7169)
Email:  Randy.Moody@jacksonlewis.com
G. Bryce Goodwyn (Fed. I.D. No. 14633)
Email:  Bryce.Goodwyn@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Telephone: (864) 232-7000
Facsimile:  (854) 235-1381

**ATTORNEYS FOR DEFENDANTS
RPM LIVING, LLC, JENNY SUGGS,
JENNIFER BATTENFELD, AND
ANDREW O.H. GARDNER**

*s/ Meagan L. Allen*
Meagan L. Allen (SC Bar No. 13194)
Email: mlallen@fisherphillips.com
FISHER PHILLIPS LLP
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774

**ATTORNEY FOR GATEWAY
COMMUNITIES OF MYRTLE BEACH,
LLC d/b/a THE WILLOWS AT GRANDE
DUNES**

*s/ Adam N. Yount*
HAYNSWORTH SINKLER BOYD, P.A.
Adam N. Yount (Fed. I.D. No. 10313
E. Elliot Condon (Fed. I.D. No. 13102
Carlisle B. Allen (Fed. I.D. No. 14288
134 Meeting Street, Third Floor (29401)
P.O. Box 340
Charleston, SC 29402-0340
Telephone: (843) 722-3366

4

Esther Slater McDonald (GA Bar 649005)*
emcdonald@seyfarth.com
Frederick T Smith (GA Bar 657575)*
fsmith@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500

*Admitted pro hac vice

**ATTORNEYS FOR DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP**

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No.: 4:25-cv-12579-JD-TER |
| | ) | |
| V. | ) | |
| | ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, a true and accurate copy of the foregoing

**DEFENDANTS' DISCOVERY PLAN** was served on *pro se* Plaintiffs via email and U.S. Mail

as follows:

Preston Wallace Turbeville
Marissa Martorelli
173 Gadwall Way, Unit 3400
Murrells Inlet, SC  29576
pwallace92@yahoo.com
marissamartorelli@icloud.com

[SIGNATURE BLOCK ON NEXT PAGE]

6

/s/ *D. Randle Moody, II*
Randle Moody, II (Fed I.D. No. 7169)
Randy.moody@jacksonlewis.com
G. Bryce Goodwyn (Fed. I.D. No. 14633)
Bryce.goodwyn@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-1381

*ATTORNEYS FOR DEFENDANTS RPM LIVING,*
*LLC, JENNIFER BATTENFELD, JENNY SUGGS,*
*AND O.H. GARDNER*