UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No.: 4:25-cv-12579-JD-TER |
| v. | ) ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

**DEFENDANTS' MOTION FOR ENTRY OF
PROTECTIVE ORDER PURSUANT TO RULE 502(d)**

Defendants RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The

Willows at Grande Dunes, First Advantage Background Services Corp., Jenny Suggs (individually

and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), and

Andrew O.H. Gardner (Broker-in-Charge for RPM Living) (collectively "Defendants"), by and

through their undersigned counsel, hereby request entry of the attached Proposed Rule 502(d)

Protective Order pursuant to Federal Rule of Evidence 502, stating as follows:

The production of privileged or work-product protected documents, electronically stored

information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the

privilege or protection from discovery in this case or in any other federal or state proceeding. This

Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence

502(d).

Respectfully submitted,

*/s/ D. Randle Moody, II*
D. Randle Moody, II (Fed. I.D. No. 7169)
Email: Randy.Moody@jacksonlewis.com
G. Bryce Goodwyn (Fed. I.D. No. 14633)
Email: Bryce.Goodwyn@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Telephone: (864) 232-7000
Facsimile:  (854) 235-1381

**ATTORNEYS FOR DEFENDANTS
RPM LIVING, LLC, JENNY SUGGS,
JENNIFER BATTENFELD, AND
ANDREW O.H. GARDNER**

*s/ Meagan L. Allen*
Meagan L. Allen (SC Bar No. 13194)
Email: mlallen@fisherphillips.com
FISHER PHILLIPS LLP
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774

**ATTORNEY FOR GATEWAY
COMMUNITIES OF MYRTLE BEACH,
LLC d/b/a THE WILLOWS AT GRANDE
DUNES**

*s/ Adam N. Yount*
HAYNSWORTH SINKLER BOYD, P.A.
Adam N. Yount (Fed. I.D. No. 10313
E. Elliot Condon (Fed. I.D. No. 13102
Carlisle B. Allen (Fed. I.D. No. 14288
134 Meeting Street, Third Floor (29401)
P.O. Box 340
Charleston, SC 29402-0340
Telephone: (843) 722-3366

2

Esther Slater McDonald (GA Bar 649005)\*
emcdonald@seyfarth.com
Frederick T Smith (GA Bar 657575)\*
fsmith@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500

*\*Admitted pro hac vice*

***ATTORNEYS FOR DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP***

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No.: 4:25-cv-12579-JD-TER |
| V. | ) ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, a true and accurate copy of the foregoing

**DEFENDANTS' MOTION FOR RULE 502(d) PROTECTIVE ORDER** was served on *pro se*

Plaintiffs via email and U.S. Mail as follows:

Preston Wallace Turbeville
Marissa Martorelli
173 Gadwall Way, Unit 3400
Murrells Inlet, SC  29576
pwallace92@yahoo.com
marissamartorelli@icloud.com

[SIGNATURE BLOCK ON NEXT PAGE]

4

*/s/ D. Randle Moody, II*
Randle Moody, II (Fed I.D. No. 7169)
Randy.moody@jacksonlewis.com
G. Bryce Goodwyn (Fed. I.D. No. 14633)
Bryce.goodwyn@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-1381

*ATTORNEYS FOR DEFENDANTS RPM LIVING, LLC, JENNIFER BATTENFELD, JENNY SUGGS, AND O.H. GARDNER*