**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No.: 4:25-cv-12579-JD-TER |
| v. | ) ) ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT GATEWAY COMMUNITIES OF MYRTLE BEACH, LLC d/b/a THE WILLOWS AT GRANDE DUNES' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendant Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes ("Defendant" or "Gateway"), by and through its undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.01, respectfully submits this Motion for an Extension of Time to Respond to Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 98, the "Motion to Amend"). In support of this Motion, Gateway states as follows:

1.      Plaintiffs initiated this action by filing their initial complaint on September 16, 2025 (ECF No. 1).

1

2.	On or about December 1, 2025, Plaintiffs filed a Motion for Leave to File First Amended Complaint (ECF No. 30).

3.	On or about May 5, 2026, the Court granted Plaintiffs' Motion for Leave to File First Amended Complaint and otherwise ordered that "Defendants' responses to Plaintiffs' discovery requests, to the extent that have been served on Defendants, are due within 30 days of the date of this Order." (ECF No. 82). As such, the discovery responses were due by June 4, 2026.

4.	On or about May 19, 2026, Gateway filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (ECF No. 92). The same day, all other Defendants filed Motions to Dismiss (ECF Nos. 87 and 91).

5.	Although Plaintiffs' responses to Defendants' Motions to Dismiss were not due until June 22, 2026 (*see, e.g.*, ECF Nos. 89 and 93), Plaintiffs filed a "Comprehensive Omnibus Response Notice in Opposition to Defendants' Motions to Dismiss" on May 26, 2026. (ECF No. 97). In their response, Plaintiffs claimed that "their formal response to the pending Motions to Dismiss [was] fully set forth within the text of [their] proposed Second Amended Complaint. (*Id.*). Plaintiffs attached their proposed Second Amended Complaint to their Motion to Amend. (ECF No. 98).

6.	On June 4, 2026, undersigned counsel contacted Plaintiffs by email to request an extension of time to respond to the pending discovery based on a recently identified and unwaivable conflict. Plaintiffs subsequently agreed to an extension of time for Gateway to respond to Plaintiffs' discovery requests—up to and including July 6, 2026—to provide additional time for substitute counsel to appear on behalf of Gateway and for undersigned counsel to submit a forthcoming Motion to Withdraw.

7.      Gateway's response to Plaintiffs' Motion to Amend (ECF No. 98) is currently due by June 9, 2026. However, Gateway needs additional time to secure substitute counsel, otherwise transition the case from undersigned counsel to new counsel, and prepare its response in light of several new allegations and claims asserted against Gateway in Plaintiffs' proposed Second Amended Complaint.

8.      Accordingly, Gateway seeks a twenty-one (21) day extension, up to and including June 30, 2026, to file a consolidated response to Plaintiffs' Motion to Amend and reply in support of Gateway's Motion to Dismiss the First Amended Complaint.

9.      Pursuant to Local Rule 7.02, "[c]ounsel is under no duty to consult with a *pro se* litigant."

WHEREFORE, Gateway respectfully requests that the Court grant this motion and extend Gateway's deadline to respond to Plaintiffs' Motion to Amend and file its reply in support of its Motion to Dismiss to June 30, 2026.

Dated: June 9, 2026.

Respectfully submitted,

/s/ Meagan L. Allen
Meagan L. Allen (Fed. ID 13194)
**FISHER PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774
Email: mlallen@fisherphillips.com

*ATTORNEY FOR GATEWAY COMMUNITIES OF MYRTLE BEACH, LLC D/B/A THE WILLOWS AT GRANDE DUNES*

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No.: 4:25-cv-12579-JD-TER |
| | ) | |
| v. | ) | |
| | ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 9, 2026, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record. I further certify that the foregoing was mailed by United States First Class Mail to Plaintiffs as indicated below:

Preston Wallace Turbeville
Marissa Martorelli
173 Gadwall Way, Unit 3400
Murrells Inlet, SC 29576
Email: pwallace92@yahoo.com
Email: MarissaMartorelli@icloud.com

*Pro Se Plaintiffs*

[*Continued on next page.*]

4

D. Randle Moody, II
G. Bryce Goodwyn
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Email: Randy.Moody@jacksonlewis.com
Email: Bryce.Goodwyn@jacksonlewis.com

*Attorney for Defendants RPM Living, LLC, Jenny Suggs, Jennifer Battenfeld, and Andrew O.H. Gardner*

Adam N. Yount
E. Elliot Condon
HAYNSWORTH SINKLER BOYD, P.A.
134 Meeting Street, Third Floor (29401)
P.O. Box 340
Charleston, SC 29402
Email: ayount@hsblawfirm.com
Email: econdon@hsblawfirm.com

*Attorneys for Defendant First Advantage Background Services Corp.*

By:     */s/ Meagan L. Allen*
        Meagan L. Allen
        **FISHER PHILLIPS LLP**

5