IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| PRESTON WALLACE TURBEVILLE and MARISSA MARTORELLI,<br><br>Plaintiffs,<br><br>v.<br><br>RPM LIVING, LLC; GATEWAY COMMUNITIES OF MYRTLE BEACH, LLC d/b/a THE WILLOWS AT GRANDE DUNES; FIRST ADVANTAGE BACKGROUND SERVICES CORP.; JENNY SUGGS (individually and in her official capacity); JENNIFER BATTENFELD (individually and in her official capacity); and ANDREW O.H. GARDNER (Broker-in-Charge for RPM Living,<br><br>Defendants. | Case No. 4:25-cv-12579-JD-TER<br><br>**DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |

Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by its attorneys

and pursuant to Local Civil Rule 26.01, hereby provides its answers to the Court's interrogatories

as follows:

**INTERROGATORY A:**

State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:**

First Advantage is not aware of any persons or legal entities who may have a subrogation

interest in any claim.

**INTERROGATORY B:**

As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:**

For the reasons set forth in First Advantage's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 87), Plaintiffs' claims against First Advantage are legally deficient and should not proceed to discovery or trial.  Without waiving its arguments, First Advantage states that, in the event of a trial, all claims should be tried by a jury because Plaintiffs have requested a jury trial.

**INTERROGATORY C:**

State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:**

First Advantage Background Services Corp. is not a publicly owned company.

(1)  First Advantage Corporation, a publicly-held corporation, is the parent corporation of First Advantage Background Services Corp. and owns ten percent or more of First Advantage Background Services Corp.'s stock.

(2)  First Advantage Background Services Corp. is not a parent of any publicly-owned company.

(3)  First Advantage Background Services Corp. does not own ten percent or more of the outstanding shares of any publicly-owned company.

**INTERROGATORY D:**

State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).  *See* Local Civ. Rule 3.01 (D.S.C.).

**ANSWER:**

First Advantage does not challenge the appropriateness of the division in which this action was filed.

**INTERROGATORY E:**

Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?  If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases that *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined

**ANSWER:**

First Advantage is unaware of any related matter filed in this district.

**INTERROGATORY F:**

[*Defendants only.*]  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**

First Advantage is properly identified.

**INTERROGATORY G:**

[*Defendants only*]  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:**

First Advantage currently is unaware of any person or legal entity not named in this

action that is, in whole or in part, liable to First Advantage or to Plaintiffs.

Respectfully submitted,

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.


By: *s/Adam N. Yount*

HAYNSWORTH SINKLER BOYD, P.A.
Adam N. Yount
Fed. ID No. 10313
E. Elliot Condon
Fed. ID No. 13102
Carlisle B. Allen
Fed. ID No. 14288
134 Meeting Street, Third Floor (29401)
P.O. Box 340
Charleston, SC 29402-0340
T - 843.722.3366
ayount@hsblawfirm.com
econdon@hsblawfirm.com
callen@hsblawfirm.com

SEYFARTH SHAW LLP
Frederick T. Smith
Georgia Bar No. 657575*
Esther Slater McDonald
Georgia Bar No. 649005*
emcdonald@seyfarth.com
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia  30309-3958
T - 404. 885.1500
fsmith@seyfarth.com
emcdonald@seyfarth.com

*Admitted pro hac vice*

Attorneys for Defendant First Advantage
Background Services Corp.

Date:  June 11, 2026

.

- 4 -

## CERTIFICATE OF SERVICE

I certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice of such filing to all counsel of record. I further certify that the foregoing was mailed by the United States Postal Service to Plaintiffs at the address listed below:

Preston Wallace Turbeville
Marissa Martorelli
173 Gadwall Way, Unit 3400
Murrells Inlet, South Carolina 29567

*s/Adam N. Yount*
Adam N. Yount

322483500v.1