UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No.: 4:25-cv-12579-JD-TER |
| v. | ) ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## RULE 502(d) PROTECTIVE ORDER

Presently before the Court is a Motion by Defendants RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), and Andrew O.H. Gardner (Broker-in-Charge for RPM Living) for entry of a protective order pursuant to Federal Rule of Evidence 502(d). Having carefully considered the Joint Motion, the Parties request is GRANTED as follows:

The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

**IT IS SO ORDERED.**

     <u>s/Thomas E. Rogers, III</u>
THOMAS E. ROGERS, III
UNITED STATES MAGISTRATE JUDGE

June 15, 2026
Florence, South Carolina

2