IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Preston Wallace Turbeville, | ) | |
| Marissa Martorelli, | ) | Civil Action No.: 4:25-cv-12579-JD-TER |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| RPM Living, LLC, | ) | |
| Gateway Communities of Myrtle Beach, LLC, | ) | |
| *d/b/a The Willows at Grande Dunes*, | ) | |
| First Advantage Background Services Corp., | ) | |
| Jenny Suggs, | ) | |
| Jennifer Battenfeld, | ) | |
| Andrew O.H. Gardner, | ) | |
| | | |
| Defendants. | | |

Peter G. Siachos of the law firm of Gordon Rees Scully Mansukhani, LLP hereby enters

his appearance as counsel for Defendant Gateway Communities of Myrtle Beach, LLC d/b/a The

Willows at Grande Dunes in the above captioned matter.

Respectfully Submitted,

Dated: June 16, 2026         **GORDON REES SCULLY MANSUKHANI**
Charleston, South Carolina

*/s/ Peter G. Siachos*
Peter G. Siachos (Fed. ID 7591)
Email: psiachos@grsm.com
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 278-5900

*Attorneys for Defendant Gateway Communities*
*of Myrtle Beach, LLC d/b/a The Willows at*
*Grande Dunes*