**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No.: 4:25-cv-12579-JD-TER |
| v. | ) ) ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL**

Meagan L. Allen, Esq. and Fisher & Phillips LLP respectfully move for leave to withdraw as counsel of record for Defendant Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes ("Defendant" or "Gateway") in this action and further move for an Order substituting counsel of record in this case. In support of this Motion, counsel states as follows:

1.      The undersigned counsel, Meagan L. Allen, currently appears as counsel of record for Gateway in this matter.

2.      Since undertaking the representation, circumstances have arisen that create an unwaivable conflict of interest under the applicable Rules of Professional Conduct. Because of counsel's duties of confidentiality and loyalty, counsel cannot disclose the full factual basis for the

1

conflict in a public filing without risking disclosure of privileged, confidential, or otherwise protected information.

3.     This Motion is made in good faith and not for purposes of delay. Counsel has taken, and will continue to take, reasonable steps to protect Gateway's interests during the transition, including providing notice of this Motion, cooperating in the orderly transfer of the file, and complying with any directives of the Court.

4.     Counsel has notified Gateway of the conflict, counsel's need to withdraw, and the potential consequences of withdrawal.

5.     Gateway consents to this Motion and the relief requested herein.

6.     Gateway has secured substitute counsel (Peter Saichos, H. Lucius Laffitte, III, and Auguste Foute of Gordon Rees Scully Mansukhani, LLP). Mr. Saichos, Mr. Laffitte, and Mr. Auguste are contemporaneously filing a Notice of Appearance and otherwise join in this motion.

7.     To the extent that the Court requires additional information concerning the conflict, counsel respectfully requests leave to provide such information in camera, ex parte, or under seal, so that counsel may comply with ethical obligations while protecting privileged and confidential information.

WHEREFORE, Meagan L. Allen, Esq. and Fisher & Phillips LLP respectfully request that the Court enter an order:

(A)     Granting counsel leave to withdraw as counsel of record for Defendant Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes;

(B)     Directing the Clerk to terminate Ms. Allen and Fisher & Phillips LLP as counsel of record upon entry of the order;

(C)     Entering the appearance of Peter Saichos, H. Lucius Laffitte, III, and Auguste Foute of Gordon Rees Scully Mansukhani, LLP, on behalf of Defendant Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes; and

(D)     Granting such other and further relief as the Court deems just and proper.

Dated: June 17, 2026.

Respectfully submitted,

*/s/ Meagan L. Allen*
Meagan L. Allen (Fed. ID 13194)
**FISHER PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774
Email: mlallen@fisherphillips.com

*COUNSEL OF RECORD FOR GATEWAY*
*COMMUNITIES OF MYRTLE BEACH, LLC D/B/A*
*THE WILLOWS AT GRANDE DUNES*


*/s/ H. Lucius Laffitte, III*
Peter Siachos (Fed. ID 7591)
H. Lucius Laffitte, III (Fed. ID 12647)
Auguste Foute (Fed. ID 14364)
**GORDON REES SCULLY MANSUKHANI, LLP**[1]
677 King Street, Suite 450
Charleston, SC 28403
Telephone: (843) 278-59005
Email: psiachos@grsm.com
        llaffitte@grsm.com
        afout@grsm.com

*[SUBSTITUTE] COUNSEL FOR GATEWAY*
*COMMUNITIES OF MYRTLE BEACH, LLC D/B/A*
*THE WILLOWS AT GRANDE DUNES*

---

[1] *See* ECF Nos. 123, 124, and 125 (Notices of Appearance).

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Preston Wallace Turbeville and Marissa Martorelli, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No.: 4:25-cv-12579-JD-TER |
| | ) | |
| v. | ) | |
| | ) | |
| RPM Living, LLC, Gateway Communities of Myrtle Beach, LLC d/b/a The Willows at Grande Dunes, First Advantage Background Services Corp, Jenny Suggs (individually and in her official capacity), Jennifer Battenfeld (individually and in her official capacity), Andrew O.H. Gardner (Broker-in-Charge for RPM Living), | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, the foregoing **MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record. I further certify that the foregoing was mailed by United States First Class Mail to Plaintiffs as indicated below:

<div align="center">

Preston Wallace Turbeville
Marissa Martorelli
173 Gadwall Way, Unit 3400
Murrells Inlet, SC 29576
Email: pwallace92@yahoo.com
Email: MarissaMartorelli@icloud.com

*Pro Se Plaintiffs*

</div>

<div align="center">

[*Continued on next page.*]

</div>

4

<div style="display:flex; justify-content:space-between;">

D. Randle Moody, II
G. Bryce Goodwyn
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Email: Randy.Moody@jacksonlewis.com
Email: Bryce.Goodwyn@jacksonlewis.com

*Attorneys for Defendants RPM Living, LLC, Jenny Suggs, Jennifer Battenfeld, and Andrew O.H. Gardner*

Adam N. Yount
E. Elliot Condon
HAYNSWORTH SINKLER BOYD, P.A.
134 Meeting Street, Third Floor (29401)
P.O. Box 340
Charleston, SC 29402
Email: ayount@hsblawfirm.com
Email: econdon@hsblawfirm.com

*Attorneys for Defendant First Advantage Background Services Corp.*

</div>

By:     */s/ Meagan L. Allen*
Meagan L. Allen
**FISHER PHILLIPS LLP**